NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3067

LARRY M. DOW,

Petitioner,

v.

GENERAL SERVICES ADMINISTRATION,

Respondent.

Petition for review of the Merit Systems Protection Board in SF3443020159-X-1.

ON MOTION

Before LINN, Circuit Judge.

## O R D E R

Larry M. Dow moves to stay the briefing schedule in this petition pending resolution of a related motion for enforcement before the Merit Systems Protection Board.

Dow states that if the Board grants that motion, the present petition may become moot. Conversely, if the Board denies the motion, Dow states that he may seek review of the denial and move to consolidate both petitions.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay the briefing schedule is granted. Dow is directed to notify this court within 14 days of the Board's disposition of the motion for enforcement,

concerning how he believes this petition should proceed. The General Services Administration may also respond within that time.

FOR THE COURT

MAY - 1 2009
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Date

/s/ Jan Horbaly
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 1 2009

JAN HORBALY
CLERK

cc:   Michael J. Kator, Esq.
      Jeremy D. Wright, Esq.
      Meredith Cohen Havasy, Esq.
s20